

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANTHONY WHITE                                     :   CIVIL ACTION
[BN1050]                                          :
                                                  :
v.                                                :
                                                  :
SUPERINTENDENT LOUIS FOLINO, et al.               :   NO. 07-500

**ORDER**

AND NOW, this 20th day of September, 2007, upon consideration of the pleadings and the record herein, and after review of the Report and Recommendation of M. Faith Angell, United States Magistrate Judge, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED AND ADOPTED**.

2. The Petition for Writ of Habeas Corpus is **DENIED AND DISMISSED WITHOUT AN EVIDENTIARY HEARING**.

There is no probable cause to issue a certificate of appealability.

BY THE COURT:

J. CURTIS JOYNER, J.